IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No.  2:22-CV-0962-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions to proceed in forma pauperis. See ECF Nos. 2, 6, 7. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff's requests to proceed in forma pauperis are, therefore, granted.

        The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

        IT IS SO ORDERED.


Dated:  August 3, 2022

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE